```
                    FILED            RECEIVED
         _____ ENTERED        _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

                         SEP - 8 2021

                    CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
         BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Gabino Romero-Jimenez,<br><br>Defendant. | Case No. ~~3:21-mj-00092-CLB~~<br><br>**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING** |
|---|---|

I understand that I have a right to appear in person in court at the <u>Initial Appearance</u> proceeding in this case scheduled for <u>September 8, 2021</u>. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of COVID-19 in the District of Nevada in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference, or telephone conference if video conference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

/s/Gabino Romero-Jimenez   9/8/2021
_____
Defendant's Signature          (date)

/s/Christopher P. Frey   9/8/2021
_____
Signature of Defendant's Attorney   (date)

Christopher P. Frey
_____
Printed Name of Defendant's Attorney

William G. Cobb   9/8/2021
_____
Judge's Signature              (date)

William Cobb, Magistrate Judge
_____
Judge's Printed Name and Title