UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABINO ROMERO-JIMENEZ,<br>EPIMEGNIO ROMERO-JIMENEZ,<br><br>Defendants. | 3:21-cr-00039-RCJ-WGC<br><br>**ORDER** |

The Government has filed a Superseding Indictment (ECF No. 55) with the following charges: Count I – Defendants Gabino and Epimegnio Romero-Jimenez engaged in a conspiracy to distribute a controlled substance; Count II – Defendant Epimegnio Romero-Jimenez possessed with the intent to distribute a controlled substance on June 20, 2021; Count III – Defendants Gabino and Epimegnio Romero-Jimenez possessed with the intent to distribute a controlled substance on August 26, 2021; and Count IV – Defendants Gabino and Epimegnio Romero-Jimenez pos-sessed a firearm while committing a drug trafficking crime on August 26, 2021. On October 21, 2021, the Government admitted the substance found on August 26, 2021 was not a controlled substance, and moved to dismiss Counts I, III, and IV and Defendant Gabino Romero-Jimenez from this case. (ECF No. 59.) The Court grants this motion pursuant to Fed. R. Crim. P. 48(a).

**CONCLUSION**

IT IS HEREBY ORDERED that the Government's Motion to Dismiss (ECF No. 59) is GRANTED.

IT IS FURTHER ORDERED that Counts I, III, and IV of the Superseding Indictment are DISMISSED.

IT IS FURTHER ORDERED that Defendant Gabino Romero-Jimenez is DISMISSED.

IT IS FURTHER ORDERED that Defendant Gabino Romero-Jimenez shall be released from custody.

IT IS SO ORDERED.

Dated October 21, 2021.

_____
ROBERT C. JONES
United States District Judge